## UNITED STATES DISTRICT COURT
### District of Minnesota

IN RE CATTLE AND BEEF ANTITRUST LITIGATION

James Specht, Jerry Kelsey and Tad Larson,

Plaintiff(s),

v.

Cargill, Inc., JBS USA Food Company, Tyson Fresh Meats, Inc., Tyson Foods, Inc.,

Swift Beef Company, National Beef Packing Company, LLC, JBS S.A., JBS Packerland, Inc., Cargill Meat Solutions Corporation,

Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 22-cv-2903 JRT/JFD

MDL #22-md-3031 JRT/JFD

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendants' Motion to Dismiss the Amended *Specht* Complaint [Docket No. 453] is **GRANTED**; and

2. Plaintiffs' Amended Complaint [Docket No. 371] is **DISMISSED without prejudice**.

Date: 5/28/2024

KATE M. FOGARTY, CLERK